# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  : No. 4 EM 2015
:
Respondent  :
:
:
:
v.  :
:
:
LAMAR OGELSBY,  :
:
Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of February, 2015, the Petition for Leave to File Petition for Allowance of Appeal <u>Nunc</u> <u>Pro</u> <u>Tunc</u> is **GRANTED**. Although counsel was negligent, Petitioner is entitled to a counsel-filed Petition for Allowance of Appeal. <u>See</u> Pa.R.Crim.P. 122. Counsel is **DIRECTED** to file the already-prepared Petition for Allowance within 5 days.